**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JERRY LADNER** § | | **PLAINTIFF** |
| § | | |
| **V.** § | **1:05CV207LG-RHW** | |
| § | | |
| **HANCOCK COUNTY, MISSISSIPPI** § | | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Defendant's Motion for Summary Judgment and the Court, after a full review and consideration of the motion, response, the pleadings on file, the summary judgment evidence, and the relevant legal authority, concludes that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact regarding the application of res judicata, judgment is rendered in favor of the Defendant, Hancock County, Mississippi, pursuant to FED. R. CIV. P. 56. Plaintiff's claims are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 1th day of May, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE